UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.P., a minor, by and through his guardian and guardian ad litem, Yamin B., <br><br>                              Plaintiff, <br><br> v. <br><br> BELLA MENTE MONTESSORI ACADEMY, <br><br>                              Defendant. | Case No.:  23cv1166-LL-AHG <br><br> **ORDER:** <br><br> **(1) GRANTING JOINT MOTION TO WAIVE OBJECTION PERIOD RE REPORT AND RECOMMENDATION [ECF No. 19]; AND** <br><br> **(2) ADOPTING REPORT & RECOMMENDATION GRANTING PETITION FOR APPROVAL OF MINOR'S COMPROMISE [ECF No. 18]** |

    This matter is before the Court on: (1) the joint motion of minor Plaintiff L.P. ("Plaintiff"), by and through his guardian ad litem Yamin B., and Defendant Bella Mente Montessori Academy ("Defendant") (collectively the "parties") to waive the objection period to Magistrate Judge Allison H. Goddard's Report and Recommendation ("R&R") [ECF No. 19]; and (2) Magistrate Judge Allison H. Goddard's R&R for order granting Petition for Approval of Minor's Compromise ("Petition") [ECF No. 18]. For the reasons discussed below, the Court **GRANTS** the parties' joint motion to waive the objection

period to the R&R, **ADOPTS** the R&R, and **GRANTS** the Petition.

**I.    JOINT MOTION TO WAIVE OBJECTION PERIOD FOR REPORT & RECOMMENDATION**

On August 1, 2023, Judge Goddard filed a R&R recommending that the Court grant the Petition. ECF No. 18 at 2, 11. The R&R set a deadline of August 15, 2023, for any objections to be filed. *Id.* at 11. On August 3, 2023, the parties filed a joint motion to waive the objection period to Judge Goddard's R&R. ECF No. 19. Good cause appearing, the Court **GRANTS** the joint motion. Objections to Magistrate Judge Allison H. Goddard's R&R are hereby waived.

**II.    REPORT AND RECOMMENDATION**

Judge Goddard's R&R recommends that the Court grant Plaintiff's Petition for approval of minor's compromise. ECF No. 18 at 2, 11. As stated above, the parties have hereby waived objections to the R&R. *See* ECF No. 19.

Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth the district court's duties in connection with a magistrate judge's report and recommendation. The district court judge must "make a de novo determination of those portions of the report to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also United States. v. Raddatz*, 447 U.S. 667, 673–76 (1980); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). However, in the absence of timely objection, the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72 advisory committee's note (citing *Campbell v. U.S. Dist. Court*, 501 F.2d 196, 206) (9th Cir. 1974)); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise.").

In the instant case, the parties waived the objection period to Magistrate Judge Goddard's R&R. *See* ECF No. 19. Having reviewed the R&R, the Court finds that it is

thorough, well-reasoned, and contains no clear errors. Accordingly, the Court **ADOPTS** Magistrate Judge Goddard's R&R in its entirety and **GRANTS** the Petition for Approval of Minor's Compromise.

It is further **ORDERED** that the parties shall jointly move to dismiss the case on or before **September 8, 2023**.

**IT IS SO ORDERED.**

Dated: August 8, 2023

Honorable Linda Lopez
United States District Judge